UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MICHAEL O. DEVAUGHN,<br><br>    Petitioner,<br><br>    v.<br><br>STANLEY SNIFF, Sheriff, Riverside County,<br><br>    Respondent. | ) EDCV 09-134-DSF (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed.

DATED: 3/2/10

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE